

LAW OFFICES OF
# LOUIS D. STOBER, JR., L.L.C.

350 OLD COUNTRY ROAD • SUITE 205
GARDEN CITY, NEW YORK 11530-1701

LOUIS D. STOBER, JR

ALYSSA F. BOMZE†
SHEILA S. HATAMI†
ANTHONY P. GIUSTINO‡
MARC J. IALENTI‡

‡ OF COUNSEL
†ADMITTED IN NY & NJ

WEBSITES: WWW.STOBERLAW.COM
WWW.STOBERLAWOFFICE.COM
TEL: (516) 742-6546
FAX: (516) 742-8603*
*NOT FOR SERVICE OF PROCESS

January 23, 2009

Honorable Arlene R. Lindsay
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451

**VIA ECF**

Re:   Butler v. Nassau Regional Off-Track Betting Corp., et al, 07-CV-01472
      (DRH)(ARL)
      **Letter MOTION requesting adjournment of final conference**

Dear Judge Lindsay:

This firm represents the Plaintiff Teresa Butler in the above-captioned matter. We write on behalf of all parties in regards to the final conference currently scheduled for February 26, 2009.

On January 29, 2009, the Parties reached an oral agreement to settle this case. This agreement has been further evidenced by e-mail correspondence between the parties. The Parties are still in the process of preparing a settlement agreement with language that is acceptable to all. Therefore, we respectfully request that the Court adjourn the final conference scheduled for February 26, 2009, until March 26, 2009, to allow the parties further time to complete the process of preparing a settlement agreement.



LAW OFFICES OF
LOUIS D. STOBER, JR. L.L.C.

      We will notify the Court when the settlement agreement has been fully executed. Should you have any questions, please contact the undersigned. Thank you for your consideration in this matter.

                            Very truly yours,

                            SHEILA S. HATAMI

CC:    Jennifer Courtian, Esq. & Ana Shields, Esq. (by ECF)
        Steven Schlesinger, Esq. and Seth Presser, Esq. (by ECF)
        Dan Moretti, Esq. and Sophia Ree, Esq. (by ECF)