UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERESA BUTLER,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>NASSAU REGIONAL OFF-TRACK BETTING CORPORATION, BOARD OF TRUSTEES of NASSAU REGIONAL OFF-TRACK BETTING CORPORATION, NASSAU COUNTY DEMOCRATIC COMMITTEE, and JAY JACOBS, INDIVIDUALLY and as CHAIRMAN OF THE NASSAU DEMOCRATIC COMMITTEE,<br><br>　　　　　　　　　Defendants. | Civil Action No.: CV 07 - 1472<br><br>**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Teresa Butler and Defendants Nassau County Democratic Committee ("NCDC") and Jay Jacobs, individually and as Chairman of the NCDC, by and through their undersigned attorneys who are authorized to execute this Stipulation, that the above-captioned action be dismissed, in its entirety and with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

Dated: Garden City, New York
　　　　April 24, 2009

　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF LOUIS D. STOBER, JR. LLC
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*


　　　　　　　　　　　　By:　s/ Louis D. Stober_____
　　　　　　　　　　　　　　　Louis D. Stober, Esq.
　　　　　　　　　　　　　　　Alyssa F. Bomze, Esq.
　　　　　　　　　　　　　　　Sheila Hatami, Esq.
　　　　　　　　　　　　　　　Law Offices of Louis D. Stober, Jr. LLC
　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　350 Old Country Road, Suite 205
　　　　　　　　　　　　　　　Garden City, NY 11530

Dated: Garden City, New York
       April 30, 2009

                             JASPAN SCHLESINGER LLP
                             *Attorneys for Defendants Nassau County*
                             *Democratic Committee and Jay Jacobs,*
                             *Individually and as Chairman of the Nassau*
                             *Democratic Committee*

                      By:    s/ Seth A. Presser
                             Steven R. Schlesinger, Esq.
                             Seth A. Presser, Esq.
                             300 Garden City Plaza
                             Garden City, New York 11530
                             (516) 746-8000

CC:    Jennifer Courtian, Esq.
        Ana Shields, Esq.
        Jackson Lewis LLP
        Attorneys for Defendant Nassau
           Regional Off-Track Betting Corporation
        59 Maiden Lane
        New York, NY 10038-4507

        Daniel Moretti, Esq.
        Sophia Ree, Esq.
        Melissa S. Katz, Esq.
        Landman Corsi Ballaine & Ford P.C.
        Attorneys for Defendant Board of Trustees of
           Nassau Regional Off-Track Betting Corporation
        Off-Track Betting Corporation
        120 Broadway, 27th Floor
        New York, NY 10271